| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| | Agent: Jason Messenger | Telephone: (734) 676-2972 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

Francisco PERDONES-VILLAJUAREZ

Case No. 25-30731

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 25, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Jason Messenger_
Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security

*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 1, 2025__

_Elizabeth A. Stafford_
*Judge's signature*

City and state:  Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Jason A. Messenger, declare the following under penalty of perjury:

1.      I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Francisco PERDONES-VILLAJUAREZ, a native and citizen of Mexico.

2.      This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for PERDONES-VILLAJUAREZ, for a violation of 8 U.S.C. § 1326, unlawful re-entry following removal. I have not included every fact known to law enforcement related to this investigation.

3.      On or about December 07, 2017, Border Patrol agents encountered PERDONES-VILLAJUAREZ in or near Nogales, Arizona. Agents processed PERDONES-VILLAJUAREZ as an Expedited Removal (I-860) and issued him A# XXX XXX 561.

4.      On or about December 08, 2017, PERDONES-VILLAJUAREZ was removed from the United States to Mexico through Calexico, California.

1

5. On or about December 12, 2017, Border Patrol agents encountered PERDONES-VILLAJUAREZ in or near Nogales, Arizona. Agents processed PERDONES-VILLAJUAREZ as a Reinstatement of Deport Order.

6. On or about December 13, 2017, PERDONES-VILLAJUAREZ pleaded guilty to a violation of 8 U.S.C. §1325 (a) (1), Unlawful Entry, and was sentenced to sixty days confinement in the District of Arizona.

7. On or about February 10, 2018, PERDONES-VILLAJUAREZ was removed from the United States to Mexico through Nogales, Arizona.

8. On or about November 25, 2025, Brownstown Police Department contacted the Border Patrol Gibraltar Station requesting assistance identifying PERDONES-VILLAJUAREZ, who officers encountered during a traffic stop near the intersection of Gibraltar Road and Ford Street in Brownstown Township, in the Eastern District of Michigan.

9. After arriving at the scene, an agent identified himself as a Border Patrol Agent and conducted an immigration inspection. The agent determined that PERDONES-VILLAJUAREZ had unlawfully reentered the United States at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that the PERDONES-VILLAJUAREZ was an individual who illegally entered the United States after

being removed, PERDONES-VILLAJUAREZ was arrested and transported to the Gibraltar Station for further processing.

10. While at the Gibraltar Border Patrol Station, agents captured PERDONES-VILLAJUAREZ's fingerprints and photograph and entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that PERDONES-VILLAJUAREZ is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his February 10, 2018, removal.

11. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

12. Review of the Alien File (A# XXX XXX 561) for PERDONES-VILLAJUAREZ, and queries in U.S. Department of Homeland Security databases confirm no record exists of PERDONES-VILLAJUAREZ obtaining permission from the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States after his removal from the United States on February 10, 2018.

13. Based on the above information, there is probable cause to conclude that Francisco PERDONES-VILLAJUAREZ, who is a native and citizen of Mexico, committed the offense of unlawful reentry following removal from the United States in violation of Title 8, United States Code, Section 1326(a).

*Jason Messenger*, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

*Elizabeth A. Stafford*
Honorable Elizabeth A. Stafford
United States Magistrate Judge

4